IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LESTER JOHN SUNDSMO and
ANGELA ROSE; MAZEREK,

    Plaintiffs,

v.

DANIEL GARRIGAN, DENNIS
RICHARDS, JOHN F. ACCARDO,
ALAN J. WHITE, GARY FREYBERG,
ROY R. KORTE and COUNTY OF
COLUMBIA COMMISSIONERS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-682-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

    /s/                                                               4/15/2015

    Peter Oppeneer, Clerk of Court                      Date